**EXHIBIT "A"**

ADAMS_FinalProduct.jpg

