IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEREMIAH ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>HASBRO, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:25-cv-05390-TRJ |

### ORDER

On February 23, 2026, the parties filed a notice of settlement, notifying the Court that they have settled this case and intend to file a notice of dismissal upon finalization of the settlement. (Doc. 19). Accordingly, Defendant's Partial Motion to Dismiss Plaintiff's Complaint (Doc. 14) is **DENIED AS MOOT**. The Clerk is respectfully **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Plaintiff is **ORDERED** to file a notice of dismissal by **April 24, 2026**. Absent an extension or further order of the Court, if there is no request to reopen this action by **April 24, 2026**, the Court may dismiss this action with prejudice. Administrative closure will not prejudice the rights of the parties in any manner. If finalization of the settlement fails, the parties may file a motion to reopen this action, request enforcement of the settlement, or vacate this order of dismissal. The Clerk is respectfully **DIRECTED** to submit this matter to the Court on **April 27, 2026**, if Plaintiff has not filed a notice of dismissal.

SO ORDERED, this 24th day of February, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge